UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BRIAN J. ZOTTI,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BRIDGEPOINT EDUCATION, INC. and ASHFORD UNIVERSITY, LLC,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 17-cv-0035-JAH-JMA<br><br>**ORDER PURSUANT TO THE UNITED STATES' ELECTION TO DECLINE INTERVENTION** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

**IT IS HEREBY ORDERED** that:

1. The Complaint be unsealed and served upon the Defendants by the Relator;

2. All other contents of the Court's file in this action remain under seal and shall not be made public or served upon the Defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator will serve upon the Defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after this Order;

1

17-cv-0035-JAH-JMA

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED.**

DATED: June 26, 2018

JOHN A. HOUSTON
United States District Judge